## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION
## CLEVELAND OFFICE

| | | |
|---|---|---|
| JANE DOE NO. 1, et al | : | CASE NO. 1:23-cv-01607 |
| | : | |
| Plaintiffs, | : | JUDGE NUGENT |
| | : | MAGISTRATE GRIMES JR. |
| | : | |
| vs. | : | **JOINT MOTION TO RESCHEDULE** |
| | : | **MEDIATION CONFERENCE** |
| SOLON CITY SCHOOL DISTRICT | : | |
| BOARD OF EDUCATION, et al | : | |
| | : | |
| Defendants. | : | |
| | : | |

The Parties, by and through their respective counsel, hereby move to reschedule the Mediation Conference currently scheduled for January 3, 2024. (Doc. 14). Counsel for all Parties represent that the currently scheduled Mediation Conference poses a conflict on each of their respective calendars.

Pursuant to the Court's *Mediation Scheduling Order*, the Parties jointly propose the following alternative dates[1]:

1. January 11, 2024 (all counsel are available for the entire day)

2. January 12, 2024 (all counsel are available beginning at 12pm)

3. January 19, 2024 (all counsel are available for the entire day)

4. January 23, 2024 (all counsel are available beginning at 12pm)

---

[1] If the Court is unavailable on the dates proposed herein, counsel would be happy to coordinate a telephone call with the Court's staff to find an alternative date.

1

Respectfully submitted,

/s/ Ryan J. McGraw
_____
Konrad Kircher (0059249)
RITTGERS RITTGERS & NAKAJIMA
12 E. Warren St.
Lebanon, Ohio 45036
(513) 932-2115
(513) 934-2201 Facsimile
konrad@rittgers.com

Ryan J. McGraw
RITTGERS RITTGERS & NAKAJIMA
3734 Eastern Avenue
Cincinnati, Ohio 45226
(513) 932-2115
(513) 934-2201 Facsimile
ryan@rittgers.com
*Attorneys for Plaintiff*


*/s/Kathryn I. Perrico (per email 10-20-23)*
Kathryn I. Perrico (Reg. No. 0076565)
E-mail: kperrico@westonhurd.com
Direct Dial: 216-687-3374
Maria Fair (Reg. No. 0087745)
E-mail: mfair@westonhurd.com
Direct Dial: 216-687-3366
Sara Ravas Cooper (Reg. No. 0076543)
E-mail: scooper@westonhurd.com
Direct Dial: 216-687-3364
WESTON HURD LLP
1300 E. Ninth Street, Suite 1400
Cleveland, OH 44114
(216) 241-6602 telephone
(216) 621-8369 facsimile
*Attorneys for Defendants, Solon City School District Board of Education, Erin Short, and Terry Brownlow*

2

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was filed with the Court through its e-filing system and will be served upon all counsel of record through that system.

      /s/ *Ryan J. McGraw*
      Ryan J. McGraw (0089436)