# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION
## CLEVELAND OFFICE

| | | |
|---|---|---|
| JANE DOE NO. 1, et al | : | CASE NO. 1:23-cv-01607 |
| | : | |
| Plaintiffs, | : | JUDGE NUGENT |
| | : | MAGISTRATE GRIMES JR. |
| | : | |
| vs. | : | **JOINT STIPULATION OF** |
| | : | **DISMISSAL** |
| SOLON CITY SCHOOL DISTRICT BOARD OF EDUCATION, et al | : | |
| | : | |
| Defendants. | : | |
| | : | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants (collectively, the "Parties"), by and through counsel, hereby stipulate to the dismissal of this action, with prejudice. Pursuant to the *Minutes of Proceedings and Order – Civil* (Doc. 21), the Parties have agreed that this Court shall retain jurisdiction to enforce the terms of any settlement agreement reached between them.

Respectfully submitted,
*/s/ Ryan J. McGraw*

Konrad Kircher (0059249)
KIRCHER LAW, LLC
5682 Piper Glen Drive
Maineville, Ohio 45039
(513) 218-1252
konrad@kircher.law

Ryan J. McGraw
PERKINSON LEGAL LLC
201 E. 8th Street
Cincinnati, Ohio 45202
(513) 653-3600
(513) 285-3135 Facsimile
rjm@perkinsonlegal.com
*Attorneys for Plaintiffs*

1

*/s/Kathryn I. Perrico (per email)*
Kathryn I. Perrico (Reg. No. 0076565)
E-mail: kperrico@westonhurd.com
Direct Dial: 216-687-3374
Maria Fair (Reg. No. 0087745)
E-mail: mfair@westonhurd.com
Direct Dial: 216-687-3366
Sara Ravas Cooper (Reg. No. 0076543)
E-mail: scooper@westonhurd.com
Direct Dial: 216-687-3364
WESTON HURD LLP
1300 E. Ninth Street, Suite 1400
Cleveland, OH 44114
(216) 241-6602 telephone
(216) 621-8369 facsimile
*Attorneys for Defendants, Solon City School District Board of Education, Erin Short, and Terry Brownlow*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was filed with the Court through its e-filing system and will be served upon all counsel of record through that system.

      /s/ *Ryan J. McGraw*
      Ryan J. McGraw (0089436)