UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE NO. 1, ET AL., | ) | CASE NO. : 1:23 CV 1607 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| SOLON CITY SCHOOL DISTRICT | ) | |
| BOARD OF EDUCATION, ET AL., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Counsel in the above captioned case stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice and the parties have filed a Joint Stipulation of Dismissal (ECF #22). Therefore, this action is dismissed with prejudice at the parties request.

IT IS SO ORDERED.

DATED: February 14, 2024

/s/ Donald C. Nugent
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE